IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01329-BNB

JONATHAN LEE RICHES d/b/a BERNARD MADOFF,

     Plaintiff,

v.

BEAVIS AND BUTT-HEAD, et al.,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

     Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Medical Center in Lexington, Kentucky. He submitted to the Court *pro se* a motion titled "28 USC 1331 Preliminary Injunction, Temporary Restraining Order."

     The Court reviewed the motion and determined it was deficient. Therefore, in an order filed on June 8, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

     The June 8, 2009, order pointed out that Mr. Riches failed to submit either the $350.00 filing fee or to file on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Riches failed to submit on the proper, Court-approved form a Prisoner Complaint. The order warned Mr. Riches that if he failed to cure the designated

deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.  Mr. Riches has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.  It is

FURTHER ORDERED that the motion for a preliminary injunction and a temporary restraining order is denied as moot.

DATED at Denver, Colorado, this _15_ day of _____July_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-01329-BNB

Jonathan Lee Riches
a/k/a Bernard Madoff
Reg No. 40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _7/16/09_

GREGORY C. LANGHAM, CLERK

By: _____

Deputy Clerk